```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TENNESSEE
                         WESTERN DIVISION
```
_____

**CRAFTCO HARDWOOD FLOORS, INC.,**     )
                                        )
    **Plaintiff,**                      )
                                        )
v.                                      )   No. 06-2600 Ml/P
                                        )
**CUSTOM KILNS, INC., et al.,**         )
                                        )
    **Defendants.**                     )

_____

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**ORDER DENYING MOTION TO SHOW CAUSE WHY CRAFTCO SHOULD NOT BE HELD**
**IN CONTEMPT OF THE JANUARY 9, 2007 TEMPORARY RESTRAINING ORDER**
_____

    Before the Court is the Magistrate's Report and Recommendation on Custom Kilns's Motion to Show Cause Why Craftco Hardwood Floors Should Not Be Held in Contempt, filed July 24, 2007. The Magistrate recommends denying the motion, filed January 22, 2007, and referred by Judge Bernice Donald to the Magistrate Judge on January 22, 2007, for a Report and Recommendation.

    No objections to the Report and Recommendation have been filed and the time for filing objections has since expired. Upon <u>de novo</u> review of the Magistrate Judge's recommendation, the Court ADOPTS the Report and Recommendation and DENIES Custom Kilns's Motion to Show Cause Why Craftco Hardwood Floors Should Not Be Held in Contempt of the January 9, 2007 Temporary Restraining Order.

So ORDERED this 9th day of August, 2007.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT COURT

2