```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF TENNESSEE
                     WESTERN DIVISION
```
___

| | |
|---|---|
| MANUFACTURING VENTURES, LLC, ) | |
| d/b/a CRAFTCO HARDWOOD FLOORS, ) | |
| INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-2600 JPM-tmp |
| ) | |
| CUSTOM KILNS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

___

CUSTOM KILNS, INC., )
)
    Counter-Plaintiff, )
)
v. )
)
CRAFTCO HARDWOOD FLOORS, INC., )
)
    Counter-Defendant. )
___

CUSTOM KILNS, INC., )
)
    Third-Party Plaintiff, )
)
v. )
)
ROSE MACHINE & TOOL, LLC, and )
PAUL FREUDENBERG d/b/a 55 CORP, )
)
    Third-Party Defendant. )
___

**ORDER ADOPTING REPORT AND RECOMMENDATION**
___

Before the Court is the Magistrate Judge's Report and Recommendation on Defendant/Counter-plaintiff Custom Kilns, Inc.'s Motion for Preliminary Injunction (Doc. 208), entered

December 19, 2007.  The Magistrate Judge recommends adoption of the consent order entered into by the parties, attached to the Report and Recommendation, and denial of the Motion for Preliminary Injunction as moot.

Because the parties have agreed to the consent order incorporated into the Report and Recommendation, and upon de novo review of the Magistrate Judge's recommendation and review of the parties' submissions to the Court, the Court ADOPTS the Report and Recommendation in its entirety and DENIES Defendant's Motion for Preliminary Injunction as moot.

SO ORDERED this 20th day of December, 2007.

s/ JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE